**Order entered June 25, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00230-CR

**RUSSELL R. WHITEHEAD, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the County Court At Law No. 1**
**Kaufman County, Texas**
**Trial Court Cause No. 31618CC**

## ORDER

Appellant's June 23, 2014 second motion to extend the time to file appellant's brief is **GRANTED**. Appellant's brief received by the Clerk of the Court on June 20, 2014 is **DEEMED** timely filed on the date of this order.

/s/    LANA MYERS
        JUSTICE